United States Courts
Southern District of Texas
FILED

APR 15 2011

David J. Bradley, Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **STEPHANIE WELDY** | § | |
| | § | |
| **v.** | § | **Civil No. CC-09-239** |
| | § | |
| **DONALD HATCH, ET AL.** | § | |

## VERDICT OF THE JURY

**Question 1**

Do you find by a preponderance of the evidence that there was not probable cause to arrest Plaintiff for disorderly conduct by language? Answer "there was probable cause" or "there was not probable cause."

Answer: There was not probable cause

Continue to Question 2.

**Question 2**

Do you find by a preponderance of the evidence that there was not probable cause to arrest Plaintiff for disorderly conduct by noise? Answer "there was probable cause" or "there was not probable cause."

Answer: There was not probable cause

Continue to Question 3.

**Question 3**

Do you find by a preponderance of the evidence that there was not probable cause to arrest Plaintiff for interference with public duties? Answer "there was probable cause" or "there was not probable cause."

Answer: There was not probable cause

Continue to Question 4.

**Question 4**

Do you find by a preponderance of the evidence that there was not probable cause to arrest Plaintiff for resisting arrest? Answer "there was probable cause" or "there was not probable cause."

Answer: There was not probable cause

If you answered "there was probable cause" for Question 1, 2, 3, or 4, do not answer any further questions, but sign and date the verdict form and notify the Court. If you answered "there was not probable cause" for Question 1, 2, 3, and 4, continue to Question 5.

**Question 5**

Do you find by a preponderance of the evidence that Defendants are entitled to qualified immunity? Answer "Defendant is entitled to qualified immunity" or "Defendant is not entitled to qualified immunity" for each Defendant.

Donald Hatch: Defendant is entitled to qualified immunity

Steve Walker: Defendant is entitled to qualified immunity

If you answered that "Defendant is not entitled to qualified immunity" for either Defendant, continue to Question 6. If you answered that both Defendants are entitled to qualified immunity, do not answer any further questions, but sign and date the verdict form and notify the Court.

**Question 6**

What amount of money paid now in cash, if any, do you find would reasonably compensate Plaintiff for the violation of her constitutional rights? Answer in dollars and cents.

Answer: ________________

Date: Apr. 15, 2011

[redacted]
Presiding Juror